## El Pueblo v. Lugo.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 113.—Resuelto en noviembre 22, 1907.

APELACIÓN—ERRORES MANIFIESTOS.—No apareciendo de los autos que se haya cometido algún error que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.
Abogado del apelado: *Sr. Rossy, Fiscal.*
La parte apelante no compareció.

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

Interpuesta apelación en el presente caso á la Corte de Distrito de Mayagüez contra la sentencia dictada por la corte municipal de San Germán, dicha corte de distrito condenó al acusado á un mes de cárcel y al pago de las costas. No se hizo diligencia alguna por parte del apelante, excepto la interposición del recurso, lo que manifiestamente se hizo para demorar el procedimiento. Y no encontrando nosotros error alguno en los autos, debemos confirmar la sentencia apelada.

*Confirmada.*

Jueces concurrentes Sres. Presidente Quiñones y Asociados, Hernández y MacLeary.

El Juez Asociado Sr. Figueras, no intervino en la resolución de este caso.